### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jermaine Bush, <br><br> PLAINTIFF(S), <br> v. <br><br> Officer M. Block, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br> EDCV13-1795-DDP (JC) <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:** <br> ☐ FULL FILING FEE <br> ☑ INITIAL PARTIAL FILING FEE |

On __October 4, 2013__, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ __5.20__ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

__11/22/13__
Date

_____
United States Magistrate Judge