# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JERMAINE BUSH, et al. <br><br> Plaintiff, <br><br> v. <br><br> OFFICER M. BLOCK, SGT. COKESH, JANE OR JOHN DOE, SAN BERNARDINO POLICE DEPT., et al., <br><br> Defendants. | Case No.: EDCV 13-1795 DDP (JC) <br><br> **ORDER RE: DISMISSAL WITH PREJUDICE OF DEFENDANTS** |

Before the Court is a Notice of Settlement. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: April 17, 2017

Dean D. Pregerson
United States District Judge